# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RM & ASSOCIATES CONSULTING, INC.** a/a/o **QUAME MCKINNON,**
Appellant,

v.

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellee.

No. 4D21-475

[January 13, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case Nos. 502020AP000088CAXXMB and 502018CC011430XXXXMB.

Jose P. Font and Jaime Martin of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, and Brett Frankel, Jonathan Sabghir, and Robert B. Gertzman of People's Trust Insurance Company, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***